IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE R. JONES,

    Plaintiff,

v.                                             Civil Action No. **3:13CV509**

E.C. WRIGHT, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 7, 2013, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. Thereafter, by Memorandum Order entered on February 3, 2014, the Court granted Plaintiff an extension of eleven (11) days from the date of entry thereof to submit the consent to collection of fees form.

Plaintiff has not complied with the Court's orders to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Plaintiff's conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE. Plaintiff's outstanding motions (ECF Nos. 10, 12–13, 16) are DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4/1/14
Richmond, Virginia

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge